UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EDWARD DEGROAT, JR.,**

    **Plaintiff,**

v.                              Case No. 8:08-cv-2312-T-30TBM

**LEE'S TOWING & SERVICE, INC.**
**and ABRAHAM YI,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Entry of Default Final Judgment (Dkt. #9). A review of the file indicates that defaults were entered by the Clerk against the Defendants on January 27, 2009. It is therefore

ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Entry of Default Final Judgment (Dkt. #9) is GRANTED.

2. The Clerk is directed to enter Final Judgment in favor of Plaintiff and against Defendants, LEE'S TOWING & SERVICE, INC. and ABRAHAM YI, jointly and severally, in the sum of **$15,300.40.** Post-judgment interest shall accrue at the statutory rate.

3. The Clerk is directed to terminate any pending motions and CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on June 19, 2009.

                                      JAMES S. MOODY, JR.
                                      UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-2312.def jud 9.frm